■ 4 M DEVELOPMENT COMPANY, Respondent, v BEN ROSENTHAL et al., Appellants.—Order, Supreme Court, New York County (Irving Kirschenbaum, J.), entered on October 29, 1986, unanimously affirmed, without costs and without disbursements, and motion by plaintiff-respondent to strike certain pages of record on appeal denied. Concur—Kupferman, J. P., Ross, Asch and Smith, JJ.

■ In the Matter of the Guardianship of KEISHA D. SIMS and Another, Infants. ELIZABETH Q. SIMS et al., Appellants, v COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, Respondent.—Orders, Family Court of the State of New York, New York County (Sheldon Rand, J.), both entered on or about December 16, 1986, unanimously affirmed, without costs and without disbursements. The appeal taken by appellant Charles Sims is dismissed as abandoned, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Ross, Asch and Smith, JJ.

■ LEONARD STOWE, Appellant-Respondent, v BONNIE STOWE, Respondent-Appellant.—Two orders of the Supreme Court, New York County (Myriam Altman, J.), entered on June 22, 1987 and August 12, 1987, respectively, unanimously affirmed, without costs and without disbursements. Motion by defendant-respondent-appellant to dismiss plaintiff-appellant-respondent's appeals, and for other relief denied. Concur—Ross, J. P., Carro, Asch, Kassal and Smith, JJ.